In the Matter of the Estate of William E. Benjamin, Deceased. STATE OF CONNECTICUT et al., Appellants; NEW YORK STATE TAX COMMISSION, Respondent.

Argued June 8, 1942; decided July 29, 1942.

*Francis A. Pallotti,* Attorney General of State of Connecticut (*T. Ludlow Chrystie, Charles J. McLaughlin, Frederic W. Dauch* and *Thomas Witter Chrystie* of counsel), for State of Connecticut, appellant.

*John G. Jackson* and *George B. Brooks* for Henry R. Benjamin et al., as executors, appellants.

*Robert C. Fulton, Jr.,* special guardian for infant remaindermen, appellant.

*Edward G. Griffin* and *Bernard A. Culloton* for respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. There is evidence to support the finding " that Mr. Benjamin never abandoned his domicile in this State." We pass on no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.